**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

JERARDO RODRIGUEZ,                    3:13-CV-00414-HU

          **Plaintiff,**                    **ORDER**

v.

DENISE G. FJORDBECK, Asst.
Atty. General; JOHN R. KROGER,
Atty. General; MARY H. WILLIAMS,
Solicitor General; HARDY MYERS,
Atty. Gen.; LEIGH A. SALMON,
Asst. Atty. General; JAMES
K. HEIN, OSB No. 054621;
KATHERINE VON TER STEGGE,
Asst. Atty. General; KRISTIN
A. WINGS, Asst. Atty. General,

          **Defendants.**

**BROWN, Judge.**

Magistrate Judge Dennis James Hubel issued Findings and

Recommendation (#5) on March 22, 2013, in which he recommends the

Court dismiss this matter with prejudice and without service on

Defendants.  Plaintiff filed timely Objections to the Findings

and Recommendation.  The matter is now before this Court pursuant

1 - ORDER

to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

This Court has carefully considered Plaintiff's Objections and concludes they do not provide a basis to modify the Findings and Recommendation. The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#5) and, therefore, **DISMISSES** this matter **with prejudice** and without service on Defendants.

IT IS SO ORDERED.

DATED this 20th day of May, 2013.

Anna Brown

ANNA J. BROWN
United States District Judge

2 - ORDER